Michael K. Eggenberger (SBN 5288592)
meggenberger@hechtpartners.com
**HECHT PARTNERS LLP**
125 Park Avenue, 25th Floor
New York, NY 10017
Tel.: (646) 777-2489

Attorneys for Plaintiff-Relator,
RELATOR LLC

Application GRANTED.  Plaintiff Relator LLC's deadline to serve the Defendants is extended *nunc pro tunc* to **January 22, 2026**.

The Clerk of Court is directed to terminate ECF No. 9.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: December 23, 2025

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> *ex rel.* **RELATOR LLC**, a California limited liability company, <br><br> Relator, <br><br> v. <br><br> SANTO PETROCELLI, JR., et al., <br><br> Defendants. | Case No.: 1:24-cv-00777-JHR <br><br> Assigned to: Judge Jennifer H. Rearden <br><br> **NOTICE OF PLAINTIFF RELATOR LLC'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE DEFENDANTS** <br><br><br> Hearing Date: January 19, 2025 <br> Time: 9AM <br> Courtroom No.: 12B |

TO THE HONORABLE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that on January 19, 2025, at 9AM or as soon thereafter as this matter may be heard in the above-entitled Court located at 500 Pearl Street, Courtroom 12B, New York, NY 10007-1312, Plaintiff-Relator, Relator LLC, will move this Court for an extension of time to serve defendants in the above captioned matter.

This motion is filed concurrently herewith the Declaration of Michael K. Eggenberger.

Dated: December 17, 2025

Respectfully submitted,

*/s/ Michael K. Eggenberger*
Michael K. Eggenberger
**HECHT PARTNERS, LLP**
125 Park Avenue, 25th Floor
New York, NY 10017
Tel.: (646) 777-2489
Email:
meggenberger@hechtpartners.com

*Attorneys for Relator LLC*

1

PLAINTIFF RELATOR LLC'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE
DEFENDANTS

## **CERTIFICATE OF SERVICE**

I, Michael K. Eggenberger, hereby certify that on December 17, 2025, I caused a true and correct copy of the foregoing document to be served to all counsel of record via CM/ECF.

Dated: December 17, 2025                    HECHT PARTNERS LLP

By: _____ */s/ Michael K. Eggenberger*

Michael K. Eggenberger

PLAINTIFF RELATOR LLC'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE DEFENDANTS